# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Cavriales<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 24, 2023__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 1201 | Kidnapping |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/S/ James Reagan
*Complainant's signature*

Submitted by reliable electronic means per Fed.R.Crim.P. 4.1, James Reagan sworn to and signature attested telephonically on March 28, 2023, at Laredo, Texas.

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. On March 23, 2023, at approximately 11:00 p.m. Erik Tadeo Ramirez was at 3414 Queretaro Loop, Laredo, Texas 78046 at a party. Ramirez was overheard by a witness telling an unknown female on the telephone that Ramirez was in Laredo, Texas and that Ramirez was not in danger or afraid of the unknown female because Ramirez was in the United States. Witnesses stated that Ramirez also bragged that Ramirez stole approximately $50,000 from Cartel Del Noreste. Ramirez gave the unknown female Ramirez's location at 3414 Queretaro Loop, Laredo, Texas 78046.

2. On March 24, 2023, at approximately 12:45 a.m. witnesses observed a blue in color Dodge Ram four door pick-up truck arrive at 3414 Queretaro Loop, Laredo, Texas, 78046. Approximately two or three men exited the blue Dodge Ram four door pick-up truck with firearms and assault Ramirez. The unidentified men forcefully put Ramirez inside the blue Dodge Ram four door pick-up truck. Witnesses state the men from the blue Dodge Ram four door pick-up truck were wearing masks covering their faces.

3. On March 24, 2023, at approximately 1:09 a.m. at the Juarez-Lincoln International Bridge in Laredo, Texas, a blue in color 2013 Dodge Ram four door pick-up truck, license plate PRT-1578, was recorded on video exiting the United States into Mexico. The blue Dodge Ram four door pick-up truck was registered to Individual A[1], address 208 Palo De Rosa, Laredo, Texas 78046, who is Jonathan Cavriales's mother. The video recording showed a male with blood on his face open the front passenger door of the blue Dodge Ram four door pick-up truck in distress while the blue Dodge Ram four door pick-up truck was in motion. Officers at the bridge stated the male was attempting to exit the blue Dodge Ram four door pick-up truck and was pulled back into the blue Dodge Ram four door pick-up truck by force. The blue Dodge Ram four door pick-up truck bypassed the bridge attendant and drove straight into Mexico. The recording shows a t-shirt fall from the blue Dodge Ram four door pick-up truck while the door was open, and the male was attempting to escape. The t-shirt was collected and has what appears to be blood stains on the t-shirt. Witnesses state that between exiting the United States and entering Mexico, a pair of pants also fell from the blue Dodge Ram four door pick-up truck. The pants were collected and have what appear to be blood stains. The blue Dodge Ram four door pick-up truck entered Mexico.

4. On March 24, 2023, Individual A stated that at approximately 11:00 a.m. she received a call from Individual B[2], who is Cavriales's grandmother, who lived in Nuevo Laredo, Tamaulipas, Mexico. Individual A stated that on March 23, 2023, Cavriales departed her home in her blue Dodge Ram four door pick-up truck. Individual B told Individual A that

---

[1] Individual A is known to law enforcement as Jonathan Cavriales's mother.
[2] Individual B is known to law enforcement as Jonathan Cavriales's grandmother.

Cavriales was at the Individual B's home in Nuevo Laredo, Tamaulipas, Mexico sleeping, and that the blue Dodge Ram four door pick-up truck was parked at Individual B's home in Nuevo Laredo, Tamaulips, Mexico. Individual B stated to the Individual A that Cavriales did not look well, and something was wrong with Cavriales.

5. On March 24, 2023, at approximately 10:05 p.m. Individual C[3], who is Ramirez's sister called Laredo Police Department in order to report Ramirez as missing. Individual D[4], who is Ramirez's girlfriend, stated that she overheard Ramirez the day before on March 23, 2023, say over the phone that Ramirez was picking up someone at an unknown location. Individual D used Live360 mobile application to track Ramirez's location from Ramirez's cellular telephone. Ramirez's cellular telephone reported its location via the Live360 in the immediate vicinity of 3414 Queretaro Loop, Laredo, Texas 78046, during the evening and night of March 23, 2023.

6. On March 25, 2023, at approximately 1:30 a.m., Agents of the Federal Bureau of Investigation and Task Force Officers conducted a knock and talk at 3414 Queretaro Loop, Laredo, Texas 78046. Agents and Task Force Officers spoke to two witnesses. During the interview, both witnesses stated they were present the night before at the same address and witnessed Ramirez kidnapped by approximately two to three individuals that were armed. Two witnesses described a blue Dodge Ram four door pick-up truck arrive at the location, passengers of the blue Dodge Ram four door pick-up truck assault Ramirez, and kidnap Ramirez by force and depart.

7. On March 27, 2023, at approximately 2:15 a.m. Jonathan Cavriales crossed the Juarez-Lincoln International Bridge into Laredo, Texas and was detained by Customs and Border Protection Officers. In Caviales's post arrest interview, Cavriales stated he was driving a blue Dodge Ram four door pick-up truck from the neighborhood of 3414 Queretaro Loop, Laredo, Texas 78046. Cavriales stated he drove the blue Dodge Ram four door pick-up truck across the Juarez-Lincoln International Bridge into Mexico in the early morning of March 24, 2023, with a kidnapped victim, later identified by law enforcement as Erik Tadeo Ramirez, in the blue Dodge Ram four door pick-up truck, along with three other men who kidnapped the victim. Cavriales stated that he was aware that the victim had stolen approximately $50,000 from Cartel Del Noreste.

8. Based on my experience and the aforementioned facts and observations, I believe there is probable cause that Jonathan Cavriales acted in violation of Title 18 United States Code Section 1201.

---

[3] Individual C is known to law enforcement as Ramirez's sister.
[4] Individual D is known to law enforcement as Ramirez's girlfriend.

James Reagan
Special Agent
Federal Bureau of Investigation